**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Quality Aircraft Tooling Inc | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA Aero Info | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 58-1571275 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1048 King Industrial Dr <br> Marietta, GA 30062 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cobb | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    https://www.qat.aero/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Quality Aircraft Tooling Inc
_____
Name

Case number (if known) _____

**7.** **Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. Check *all* that apply:

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

| Debtor | Quality Aircraft Tooling Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11.** **Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☒ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    oil sludge need to be removed (currently contained)

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**    1048 King Industrial Dr
Marietta, GA, 30062

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☒ Yes.    Insurance agency    Sentry Insurance

Contact name    Parker Stevens Agency

Phone    (800) 248-4087

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Quality Aircraft Tooling Inc                                            Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 30, 2023
                MM / DD / YYYY

**X** /s/  Rhonda Kahn _____        Rhonda Kahn _____
Signature of authorized representative of debtor        Printed name

Title    President _____

**18. Signature of attorney**

**X** /s/ Ian Falcone _____        Date    November 30, 2023 _____
Signature of attorney for debtor                          MM / DD / YYYY

Ian Falcone 254470 _____
Printed name

The Falcone Law Firm, PC _____
Firm name

363 Lawrence St NE
Marietta, GA 30060-2056 _____
Number, Street, City, State & ZIP Code

Contact phone    (770) 426-9359 _____    Email address    imf@falconefirm.com _____

254470 GA _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Quality Aircraft Tooling Inc

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 30, 2023            **X** /s/   Rhonda Kahn
                                            Signature of individual signing on behalf of debtor

                                            Rhonda Kahn
                                            Printed name

                                            President
                                            Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name ___Quality Aircraft Tooling Inc___ |
| United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___ |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:    Summary of Assets**

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ _____0.00_

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ ___442,801.60_

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ ___442,801.60_

---

**Part 2:    Summary of Liabilities**

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ ___1,709,776.50_

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ ___98,852.12_

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ ___2,031,780.87_

4.  **Total liabilities** .........................................................................................
    Lines 2 + 3a + 3b                                                                          $ ___3,840,409.49_

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>Quality Aircraft Tooling Inc</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF GEORGIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase -<$106820.70> | Checking | 3286 | $0.00 |
| 3.2. | Chase -<$106815.46> | Checking | 5783 | $0.00 |
| 3.3. | Chase -<$82600.38> | Checking | 9331 | $0.00 |
| 3.4. | Chase -<$105217.21> | Checking | 9398 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$0.00

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | Quality Aircraft Tooling Inc | Case number *(If known)* | |
| | Name | | |

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less: ___67,798.00___ - ___0.00___ = .... ___$67,798.00___
face amount          doubtful or uncollectible accounts

11b. Over 90 days old: ___11,537.00___ - ___0.00___ =.... ___$11,537.00___
face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**                                   | $79,335.00 |
Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

## Part 4:   Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** inventory including finished goods, work in process, raw materials and component parts | | $0.00 | | Unknown |

23.   **Total of Part 5.**                                   | $0.00 |
Add lines 19 through 22.   Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page  2

11/30/23 4:15 PM

| Debtor | Quality Aircraft Tooling Inc | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** | **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>office furniture | $0.00 | | $3,814.06 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Dell SonicWall Tz30 serial 18816952ECOC 583.00<br>Labor to configure VPN $487.50<br>Labor to configure VPN CA $825.00 | $0.00 | | $1,895.50 |
| | Windows server operating system | $0.00 | | $612.00 |
| | 2 all in one computers & 1 laptop | $0.00 | | $6,400.00 |
| | APC RBC | $0.00 | | $429.71 |
| | support and installation | $0.00 | | $815.00 |
| | Dell laptop XPS 17 | $0.00 | | $4,295.79 |
| | Dell Latitude 5420 laptop | $0.00 | | $1,621.21 |
| | IBM Server 00J6148YK10KS007337 | $0.00 | | $5,051.80 |
| | Firewall Dell Sonic Wall Tz30 | $0.00 | | $535.00 |
| | Dell Computer & Monitors-Serial no 11629555382 | $0.00 | | $714.80 |
| | Schneider Electric UPS | $0.00 | | $495.70 |
| | Dell Precision 7510 serial #BRNQFH2 $2156.30<br>Dell Latitude E7470 serial #DJVQIH2  $2156.30<br>Dell Latitude E7470 serial #HQDRFH2 $2156.30 | $0.00 | | $6,468.90 |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Quality Aircraft Tooling Inc | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Dell computer 3050SFF | $0.00 | | $544.60 |
| Apple IPAD serial DMQJLZY4F183 | $0.00 | | $1,140.00 |
| Dell 15 7000 Inspiron laptop.   $1355.10<br>Dell 14 7000 laptop $955.00 | $0.00 | | $2,310.10 |
| Set up/trouble shoot Aero | $0.00 | | $815.00 |
| 2 Dell Optiplex Micro 3050 PCs | $0.00 | | $1,335.60 |
| 4 Dell 24" LED monitors | $0.00 | | $593.60 |
| Install new back up system | $0.00 | | $1,682.50 |
| new UPS back up & support | $0.00 | | $1,478.97 |
| 2 all in ones for shop | $0.00 | | $1,557.97 |
| laptop for QC | $0.00 | | $770.39 |
| 4 monitors and 1 wall mount | $0.00 | | $767.94 |
| 5 PCs | $0.00 | | $3,709.95 |
| laptop for new sales position | $0.00 | | $1,766.19 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

| $51,622.28 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| Debtor | Quality Aircraft Tooling Inc | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| R15 Rotary Table-Ziegler | $0.00 | | $2,747.00 |
| WF Wells Bandsaw #815109 | $0.00 | | $800.00 |
| Armstrong-Blum Bandsaw #821019 | $0.00 | | $2,500.00 |
| forklift | $0.00 | | $5,000.00 |
| dryer, compressed air, 25CFM, 7.5 HP (SPX Hankinson) | $0.00 | | $1,175.56 |
| Dynamex electric air compressor, 2 stage, 34.8 CI | $0.00 | | $3,460.54 |
| Jakobson surface grinder | $0.00 | | $1,770.94 |
| Powermax 45 Plasma 20" cutter | $0.00 | | $1,742.22 |
| Spoolmate Spoolgun with Miller adaptor WC-24 | $0.00 | | $1,165.27 |
| Belt/Disc sanding machine | $0.00 | | $1,626.90 |
| 3 table feeds for the Mills | $0.00 | | $2,132.22 |
| 2 DROs, 2 belts & other mill parts | $0.00 | | $3,921.30 |
| 1 large table feed for lathe | $0.00 | | $856.28 |
| electrostatic mats for shop | $0.00 | | $667.80 |
| 8 fans | $0.00 | | $2,532.00 |
| Cyclone manufacturing | $0.00 | | $1,126.76 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

11/30/23 4:15 PM

Debtor      Quality Aircraft Tooling Inc                                    Case number *(If known)*  _____
            Name

| | | |
|---|---|---|
| 300DB plus starter kit for aluminum | $0.00 | $2,946.39 |
| 2-Dr Heat Kiln | $0.00 | $9,016.34 |
| KDF-40 Stand, funnel, neuco-50 gallon drum, coolant for heat treat, Pioneer Rubber quench tank | $0.00 | $7,202.15 |
| Haas 3SS, Slater tool holder | $0.00 | $85,762.65 |
| Used 2008 Doosan Lynx 220LC CNC Turning Center, Chip Conveyer, Parts catcher, tool presenter, tooling, manuals, Newall 2 axis DRO and coolant system, Install transformer | $0.00 | $40,567.81 |
| K3 Mill | $0.00 | $25,190.00 |
| 2 used EDMs with tooling | $0.00 | $4,460.52 |
| Used lathe, Ellison technology lathe tooling | $0.00 | $15,726.43 |
| Flymarker | $0.00 | $8,396.00 |
| RX5 Bedmill (Premier Engineering) | $0.00 | $64,500.00 |
| Cardio Partners-Zoll Serial no. 00847946 00223 7 (21) X17J963465 | $0.00 | $1,550.00 |

51. **Total of Part 8.**
    Add lines 47 through 50.   Copy the total to line 87.

    | $298,543.08 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☒ No.   Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.   Go to Part 11.
    ☒ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Quality Aircraft Tooling Inc
Name    Case number *(If known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** proprietary products | $0.00 | | Unknown |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.  **Trusts, equitable or future interests in property** | |
| 77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| booth furnishings | $13,301.24 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

11/30/23 4:15 PM

| Debtor | Quality Aircraft Tooling Inc | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$13,301.24

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

11/30/23 4:15 PM

Debtor    Quality Aircraft Tooling Inc                                    Case number *(If known)* _____
          _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $79,335.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $51,622.28 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $298,543.08 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,301.24 | |
| 91. **Total.** Add lines 80 through 90 for each column | $442,801.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $442,801.60 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Quality Aircraft Tooling Inc

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

**2.1**   Atlantic Capital Bank

Creditor's Name
3280 Peachtree Rd
Suite 1600
Atlanta, GA 30305
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2018.1
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
inventory, accounts and accounts receivables

**Describe the lien**
UCC-SBA
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $195,000.00    Column B: $0.00

**2.2**   Atlantic Capital Bank

Creditor's Name
3280 Peachtree Rd
Suite 1600
Atlanta, GA 30305
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
blanket lien

**Describe the lien**
UCC-SBA loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $493,863.15    Column B: $0.00

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Atlantic Capital Bank | | | | |
|---|---|---|---|---|---|

Creditor's Name

3280 Peachtree Rd
Suite 1600
Atlanta, GA 30305

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2018.1
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
blanket lien
$88,522.00          $0.00

**Describe the lien**
UCC -SBA equipment
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Green Note Capital Partners | | | | |
|---|---|---|---|---|---|

Creditor's Name

1019 Avenue P
Suite 401
Brooklyn, NY 11223

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1.2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
all accounts, rights, general intangibles, insurance claims, documents, instruments, securities, deposit accounts
$53,410.35          $0.00

**Describe the lien**
UCC-judgment awarded 11.17
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Intech Funding Corp | | | | |
|---|---|---|---|---|---|

Creditor's Name

201 E Huntington Drive
Suite 201
Monrovia, CA 91016

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2022.5
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor

**Describe debtor's property that is subject to a lien**
RX5 Bedmill (Premier Engineering)
$55,333.00          $64,500.00

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

11/30/23 4:15 PM

Debtor    Quality Aircraft Tooling Inc _____    Case number (if known) _____
　　　　　　　Name

including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | Knightsbridge Funding LLC | | | $42,500.00 | $0.00 |

**Creditor's Name**

40 Wall St
Suite 2903
New York, NY 10005

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
all accounts, A/R, deposit accounts

Creditor's email address, if known

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
2023.2
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Macquarie Equipment Capital Inc | | | $62,013.00 | $0.00 |

**Creditor's Name**

1301 Riverplace Blvd
Jacksonville, FL 32207

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
equipment, fixtures, software

Creditor's email address, if known

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
2021.4
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Meridian Equipment Finance | | | $90,889.00 | $0.00 |

**Creditor's Name**

9 Lincoln Hwy
Malvern, PA 19355

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
HP DL360 g9 8 bay server

Creditor's email address, if known

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
2022.5
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 5

11/30/23 4:15 PM

| Debtor | Quality Aircraft Tooling Inc | | Case number (if known) | |
|--------|------------------------------|--|------------------------|--|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Rapid Finance | | | $27,246.00 | $0.00 |
|-----|---------------|--|--|-----------|-------|

Creditor's Name

4500 East West Highway
6th floor
Bethesda, MD 20814

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2022.4
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
all inventory, all accounts, A/R, general intangibles, equipment, furniture, fixtures, machinery, storage shelves

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | TCF | | | $101,000.00 | $0.00 |
|------|-----|--|--|-------------|-------|

Creditor's Name

11100 Wayzata Blvd
Suite 801
Hopkins, MN 55305

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2020.6
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
HPE Proliant DL380 Gen 10 Server, Storage, Software

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | US Small Business Administration | | | $500,000.00 | $0.00 |
|------|----------------------------------|--|--|-------------|-------|

Creditor's Name

2 North St
Suite 320
Birmingham, AL 35203

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
inventory, equipment, instruments, chattel paper, documents, credit rights, accounts, deposit accounts, general intangibles

**Describe the lien**
EIDL-UCC

**Is the creditor an insider or related party?**
☒ No

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known
_____

**Date debt was incurred**
2020.5

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$1,709,776.50

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Berkovitch & Bouskila PLLC<br>1545 US 202<br>Suite 101<br>Pomona, NY 10970 | Line  2.4 | |
| Huntington National Bank<br>17 S High St<br>Columbus, OH 43215 | Line  2.10 | |
| Huntington National Bank c/o<br>Taft Stettinius & Hollister LLP<br>2200 IDS Center<br>80 South 8th St<br>Minneapolis, MN 55402 | Line  2.10 | |
| Meridian Equipment Finance<br>Attn: Nathaniel T Reed, Senior Collector<br>367 Eagleview Blvd<br>Exton, PA 19341 | Line  2.8 | |
| SouthState Bank<br>1101 1st St S<br>Winter Haven, FL 33880 | Line  2.1 | |
| SouthState Bank NA c/o<br>Golder Law LLC<br>101 Village Pkwy-<br>Building 1, Suite 400<br>Marietta, GA 30067 | Line  2.2 | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Quality Aircraft Tooling Inc___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Brandon Kahn<br>2620 Hill Gate Ct<br>Snellville, GA 30039 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,913.89 | $5,913.89 |
| | Date or dates debt was incurred | Basis for the claim:<br>wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>City of Marietta<br>PO Box 609<br>Marietta, GA 30061 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,485.01 | $1,485.01 |
| | Date or dates debt was incurred | Basis for the claim:<br>property tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>Cobb County Property Tax<br>PO Box 10027<br>Marietta, GA 30061 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $554.38 | $554.38 |
| | Date or dates debt was incurred | Basis for the claim:<br>property tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,694.59 | $3,694.59

Gabrielle Byrnes
2752 Wyndcliff Way
Marietta, GA 30066

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,708.89 | $8,708.89

Georgia Department of Revenue
Compliance Div
ARCS-BK
1800 Century Blvd, Suite 9100
Atlanta, GA 30345

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
payroll tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,077.24 | $49,077.24

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
payroll taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,391.00 | $23,391.00

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
QAT FICA

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,597.93 | $3,597.93

James Norton
4464 Patrick Dr NE
Kennesaw, GA 30144

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Quality Aircraft Tooling Inc | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.9 | Priority creditor's name and mailing address<br>Kenneth Hutto<br>15 Corson Trail<br>Taylorsville, GA 30178 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,429.19 | $2,429.19 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Accurate Screw Machine<br>10 Audrey Place<br>Fairfield, NJ 07004 | As of the petition filing date, the claim is: Check that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $960.64 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  Trade debt<br>Is the claim subject to offset?  ☒ No    ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>AGM Fabric<br>27721 Pacific Hwy<br><br>Federal Way, WA 98003 | As of the petition filing date, the claim is: Check that apply.<br><br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,109.82 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  Trade debt<br>Is the claim subject to offset?  ☒ No    ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Air Products Co<br>78 Dawson Village Way N<br>Suite 140-127<br>Dawsonville, GA 30534 | As of the petition filing date, the claim is: Check that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,353.64 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  Trade debt<br>Is the claim subject to offset?  ☒ No    ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Air Specialists<br>PO Box 4185<br>Marietta, GA 30061 | As of the petition filing date, the claim is: Check that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,622.23 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  Trade debt<br>Is the claim subject to offset?  ☒ No    ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Aircraft Hose Store<br>7800 Freedom Ave NW, North<br>North Canton, OH 44720 | As of the petition filing date, the claim is: Check that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $122.43 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  Trade debt<br>Is the claim subject to offset?  ☒ No    ☐ Yes | |

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $215.50 |
|---|---|---|---|

Aircraft Inventory Management & Services
14936 Trend Drive
Dallas, TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $91.94 |
|---|---|---|---|

Aircraft Spruce
225 Airport Circle
Corona, CA 92880

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $64.00 |
|---|---|---|---|

All Vac Industries Inc
7350 N Central Park Ave
Skokie, IL 60076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,632.74 |
|---|---|---|---|

Amazon
410 Terry Ave N
Seattle, WA 98109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,469.00 |
|---|---|---|---|

American Express
PO Box 60189
City of Industry, CA 91716-0189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019.12_

**Basis for the claim:** _LOC_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $401.75 |
|---|---|---|---|

Ameripress Printing
200 Fairground St NE
Marietta, GA 30060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42,209.00 |
|---|---|---|---|

Amex
PO Box 60189
City of Industry, CA 91716-0189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit card purchases_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,177.00 |
|---|---|---|---|

Amex Platinum
PO Box 60189
City of Industry, CA 91716-0189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit card purchases_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

11/30/23 4:15 PM

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $115.82

Anderson Process
21365 Gateway Court
Brookfield, WI 53045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,003.47

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $584.29

ARC Document Solutions LLC
PO Box 953466
Saint Louis, MO 63195-3466

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,830.46

Ashley Sling Inc
PO Box 44413
Atlanta, GA 30336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,782.33

Atlanta Caster
1810 E Auger Dr
Tucker, GA 30084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $719.96

Atlanta Technology Services
1152 Grassmeade Way
Snellville, GA 30078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $56.65

Aviall
2750 Regent Blvd
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37,427.02

Avibank Manufacturing Inc
29312 Network Place
Chicago, IL 60673-1293

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$526.41**

AWC Atl
PO Box 974800
75397-4800

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.80**

B&B Aircraft Supplies
617 Pacific Ave
Osawatomie, KS 66064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,324.12**

Bibb Controls Systems
2909 Lanier Heights Rd
Macon, GA 31217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00**

Birnbrey, Minsk, Minsk & Perling LLC
1801 Peachtree St NE
Suite 300
Atlanta, GA 30309-1815

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _accounting services_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Boeing Commercial Airplanes
PO Box 3707
Seattle, WA 98124-2207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _royalty payments_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00**

Boeing Intellectual Property Licensing
12090 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _supplemental license agreement_

**Last 4 digits of account number** _7267_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,176.50**

Bowstone
150 Christa Ct
Ball Ground, GA 30107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35,773.00**

Capital Express Inc.
405 Lexington Ave
Suite 900
New York, NY 10174

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _MCA-no collateral listed on UCC_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$220,159.38**

Capital Express LLC
1161 Bedford Ave
Brooklyn, NY 11216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  MCA -lawsuit

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,088.00**

Capital on Tap
675 Ponce de Leon #8500
Atlanta, GA 30308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit card purchases

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

CB2 Resources LLC
455 Lincoln Pkwy E
Suite 550
Atlanta, GA 30346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  collections

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,079.41**

Cintas
FAS Lockbox 636525
PO Box 636525
Cincinnati, OH 45263-6525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,636.00**

Circle A Fences
1589 Canton Rd
Marietta, GA 30066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,756.10**

Circle Valve Technologies Inc
1533 Gemma
Harleysville, PA 19438

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,500.00**

Cobb Tool Inc
5886 Dodgen Rd SW
Mableton, GA 30126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$434.30**

Colliflower Hose & Fittings
1890 West Oak Pkwy
Marietta, GA 30062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.38**

**Nonpriority creditor's name and mailing address**
Crestwood Financial Group
One Odell Plaza
Suite 139
Yonkers, NY 10701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  agreement

Is the claim subject to offset? ☒ No   ☐ Yes

$43,486.50

---

**3.39**

**Nonpriority creditor's name and mailing address**
DB Roberts Company
Box 405026
6000 Feldwood Rd
Atlanta, GA 30349

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$127.50

---

**3.40**

**Nonpriority creditor's name and mailing address**
Digi-Key
701 Brooks Ave South
Thief River Falls, MN 56701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$72.15

---

**3.41**

**Nonpriority creditor's name and mailing address**
Don Leviton
One Pierce Place
Suite 725W
Itasca, IL 60143

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  collections

Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.42**

**Nonpriority creditor's name and mailing address**
E3 Welding
4329 Highborne Dr NE
Marietta, GA 30066

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$1,100.00

---

**3.43**

**Nonpriority creditor's name and mailing address**
eBay
2025 Hamilton Ave
San Jose, CA 95125

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$58.00

---

**3.44**

**Nonpriority creditor's name and mailing address**
ECAS LLC
399 East Dr
Melbourne, FL 32904

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$908.61

---

**3.45**

**Nonpriority creditor's name and mailing address**
EDM Technologies Inc
325 Bell Park Dr
Woodstock, GA 30188

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$225.00

---

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.46 | **Nonpriority creditor's name and mailing address**<br>EnviroServe Chemicals Inc<br>603 South Wilson Ave<br>Dunn, NC 28334 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,979.35** |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.47 | **Nonpriority creditor's name and mailing address**<br>eSheaves.com<br>901 Industrial Blvd<br>Naples, FL 34104 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$70.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.48 | **Nonpriority creditor's name and mailing address**<br>EURO Machine Building Co, Inc<br>PO Box 2624<br>Loganville, GA 30052 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$41,500.32** |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.49 | **Nonpriority creditor's name and mailing address**<br>Fastenal<br>2255 McCollum Pkwy<br>Suite 400<br>Kennesaw, GA 30144 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9.93** |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.50 | **Nonpriority creditor's name and mailing address**<br>FedEx International<br>PO Box 660481<br>Dallas, TX 75266-0481 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$479.85** |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _delivery services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.51 | **Nonpriority creditor's name and mailing address**<br>FLO-Control<br>80 Center Dr<br>Cartersville, GA 30121 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,534.27** |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.52 | **Nonpriority creditor's name and mailing address**<br>Ford Tool and Carbide<br>PO Box 576<br>Birmingham, AL 35201 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,417.20** |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.53 | **Nonpriority creditor's name and mailing address**<br>Fredrick-Shelton & Associates Inc<br>PO Box 1405<br>Suwanee, GA 30024 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,700.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Quality Aircraft Tooling Inc | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,122.00**

HFH RG Funding
1876 Lakewood Rd #7
Toms River, NJ 08755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023.4

Last 4 digits of account number

Basis for the claim:  MCA

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.90**

Home Depot
449 Roberts Ct NW
Kennesaw, GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  Credit card purchases

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95.52**

Hose Warehouse/Murdock Industrial Inc
553 Carroll St
Akron, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,632.47**

Hydradyne LLC
PO Box 974799
Dallas, TX 75397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

Hydraflow
1881 W Malvern
Fullerton, CA 92833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,140.00**

Jergens, Inc
15700 South Waterloo Rd
Cleveland, OH 44110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,040.45**

Johnston Integration Tech
10703 W Seminole St
Tulsa, OK 74115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00**

Joyce Dayton Corp
3300?South?Dixie Dr
Dayton, OH 45439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address
JPMorgan Chase- Visa
270 Park Ave, Fl 12
New York, NY 10017

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card purchases
Is the claim subject to offset? ☒ No  ☐ Yes

**$44,812.00**

---

**3.63** | Nonpriority creditor's name and mailing address
Julia Scallion
20717 Tuolumne Rd N
Tuolumne, CA 95379

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

**$3,630.00**

---

**3.64** | Nonpriority creditor's name and mailing address
Kaizen Solutions-Top Brass
PO Box 7067
Lees Summit, MO 64064

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes

**$590.00**

---

**3.65** | Nonpriority creditor's name and mailing address
Kapitus
2500 Wilson Blvd
Suite 350
Arlington, VA 22201

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  MCA-UCC expired 7.2.23
Is the claim subject to offset? ☒ No  ☐ Yes

**$79,360.00**

---

**3.66** | Nonpriority creditor's name and mailing address
Keith Mitchell
2322 Westland Way
Acworth, GA 30102

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes

**$200.00**

---

**3.67** | Nonpriority creditor's name and mailing address
Marcus by Goldman Sachs
Goldman Sachs Bank USA
PO?box?70379
Philadelphia, PA 19176-0379

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card purchases
Is the claim subject to offset? ☒ No  ☐ Yes

**$19,464.00**

---

**3.68** | Nonpriority creditor's name and mailing address
Marietta Power
PO Box 609
Marietta, GA 30061

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  utility
Is the claim subject to offset? ☒ No  ☐ Yes

**$2,851.95**

---

**3.69** | Nonpriority creditor's name and mailing address
May Technology and Mfg, Inc
2922 Wheeling Ave
Kansas City, MO 64129

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes

**$2,164.00**

---

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.70** | **Nonpriority creditor's name and mailing address**
McMaster-Carr
PO Box 7690
Chicago, IL 60680

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset?  ☒ No  ☐ Yes

$6,145.42

---

**3.71** | **Nonpriority creditor's name and mailing address**
McNeel Family Limited Partnership
c/o Rozen Rozen & Reilly, LLP
248 Roswell St, SE
Suite 100
Marietta, GA 30060

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** lease-lawsuit
Is the claim subject to offset?  ☒ No  ☐ Yes

$46,500.00

---

**3.72** | **Nonpriority creditor's name and mailing address**
Metal Supermarkets
1000 Williams Dr
Suite 1012
Marietta, GA 30066

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset?  ☒ No  ☐ Yes

$345.84

---

**3.73** | **Nonpriority creditor's name and mailing address**
Mink's Fabrication
150 Oak Blackberry Trail
Canton, GA 30114

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset?  ☒ No  ☐ Yes

$7,110.00

---

**3.74** | **Nonpriority creditor's name and mailing address**
Modus Advanced Inc
1575 Greenville Rd
Livermore, CA 94550

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset?  ☒ No  ☐ Yes

$3,401.40

---

**3.75** | **Nonpriority creditor's name and mailing address**
Mohawk Rubber
PO Box 735219
Chicago, IL 60673-5219

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset?  ☒ No  ☐ Yes

$2,316.62

---

**3.76** | **Nonpriority creditor's name and mailing address**
Morgan Aero Products
1450 80th St SW
Everett, WA 98203

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset?  ☒ No  ☐ Yes

$38,962.82

---

**3.77** | **Nonpriority creditor's name and mailing address**
Motion Industries
1605 Alton Rd
Birmingham, AL 35210

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt
Is the claim subject to offset?  ☒ No  ☐ Yes

$9,668.85

---

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33,707.50 |
|---|---|---|---|

MSC Industrial Supply
PO Box 953635
Saint Louis, MO 63195-3635

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,881.35 |
|---|---|---|---|

Nameplates Inc
PO Box 4608
Tulsa, OK 74159

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,739.00 |
|---|---|---|---|

Nav-Aids
2955 Diab Street
Montreal, QC
H4S 1M1 Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $645.08 |
|---|---|---|---|

Newark/Element 14
33190 Collection Center Drive
Chicago, IL 60693-0331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,119.34 |
|---|---|---|---|

NexAir
PO Box 125
Memphis, TN 38101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,299.94 |
|---|---|---|---|

Olympic Case Company
9110 King Palm Drive
Suite 101
Tampa, FL 33619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $62.14 |
|---|---|---|---|

Omega Technologies
31125 Via Colinas
Suite 905
Thousand Oaks, CA 91362

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $159.90 |
|---|---|---|---|

Online Carbide
438 West Railroad Ave
Batesburg, SC 29006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Quality Aircraft Tooling Inc | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $750.84

OnlineMetals.com
PO Box 894118
Los Angeles, CA 90189-4118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $289.00

Orkin
1007 Mansell Rd
Suite E
Roswell, GA 30076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** pest control

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,700.00

Oscar Health Inc
75 Varick St, 5th floor
New York, NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Cigna health insurance

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,480.15

OSHCUT LLC
165 N 1330 W #C4
Orem, UT 84057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,268.00

Plano Molding
431 E South St
Plano, IL 60545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,529.90

PSI-Tronix
Force Switch Corp
PO Box 3503
San Dimas, CA 91773

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $131.90

Quench USA Inc
630 Allendale Rd
Suite 200
King of Prussia, PA 19406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.93** | **Nonpriority creditor's name and mailing address**
Reid Supply
1269 E Mount Garfield Rd
Suite E
Muskegon, MI 49441

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$58.01

---

**3.94** | **Nonpriority creditor's name and mailing address**
Rhonda & Ivan Kahn
2620 Hill Gate Ct
Snellville, GA 30039

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  loans to business

Is the claim subject to offset? ☒ No   ☐ Yes

$597,780.00

---

**3.95** | **Nonpriority creditor's name and mailing address**
RiggingWarehouses.com
1 Tomsons Rd #100
Saugerties, NY 12477

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$234.50

---

**3.96** | **Nonpriority creditor's name and mailing address**
Road Runner Recycling
PO Box 6011
Hermitage, PA 16148

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  recycling

Is the claim subject to offset? ☒ No   ☐ Yes

$1,628.01

---

**3.97** | **Nonpriority creditor's name and mailing address**
Safran Landing Systems
Inovel Parc
Sud 7
Rue General Valerie Andree
78140 Velizy Villacoublay France

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$168,413.60

---

**3.98** | **Nonpriority creditor's name and mailing address**
Satair USA, Inc
PO Box 74008759
Chicago, IL 60674-8759

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

$41,480.16

---

**3.99** | **Nonpriority creditor's name and mailing address**
SCANA Energy
PO Box 105046
Atlanta, GA 30348-5046

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  utility

Is the claim subject to offset? ☒ No   ☐ Yes

$3,891.21

---

| Debtor | Quality Aircraft Tooling Inc | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,873.56**

Seal Dynamics
Attn; Accounting
2 Adams Ave
Hauppauge, NY 11788

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$420.00**

Service Steel Aerospace
3359 Bruening Cir SW
Canton, OH 44706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$161.63**

SkyGeek
30 Airway Dr
Lagrangeville, NY 12540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,873.12**

Snap-On
1461 Field Park Circle
Marietta, GA 30060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,592.42**

Southern Tool   Steel
PO Box 731036
Dallas, TX 75373-1036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,300.00**

Speed Machine, LLC
3348 Hogansville Rd
Lagrange, GA 30241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.07**

Spencer Aircraft
16911 103rd Ave
Ste 102
Puyallup, WA 98374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$299.00**

Staples Business Advantage
PO Box 405386
Atlanta, GA 30348-5386

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _supplies_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108** | **Nonpriority creditor's name and mailing address**
Swagelok
PO Box 746832
Atlanta, GA 30374-6832

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$1,147.50

---

**3.109** | **Nonpriority creditor's name and mailing address**
Tax Credit Co, LLC
PO Box 841971
Los Angeles, CA 90084-1971

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8975

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$19,253.33

---

**3.110** | **Nonpriority creditor's name and mailing address**
Thomson Industries
48767 Kato Rd
Fremont, CA 94538

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$373.05

---

**3.111** | **Nonpriority creditor's name and mailing address**
Threads for the South
1076 King Industrial Dr
Marietta, GA 30062

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$30.19

---

**3.112** | **Nonpriority creditor's name and mailing address**
ToolSource.com
PO Box 149
Salamanca, NY 14779

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$3,104.10

---

**3.113** | **Nonpriority creditor's name and mailing address**
Truist Card Services
PO Box 200
Wilson, NC 27894-0200

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card purchases

Is the claim subject to offset? ☒ No ☐ Yes

$108,808.00

---

**3.114** | **Nonpriority creditor's name and mailing address**
Uline
Attn Accounts Receivables
PO Box 88741
Chicago, IL 60680-1741

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplies

Is the claim subject to offset? ☒ No ☐ Yes

$70.48

---

**3.115** | **Nonpriority creditor's name and mailing address**
United Metalcraft
1215 Hayes Industrial Dr
Marietta, GA 30062

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$1,329.00

---

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address**<br>UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,542.33 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __delivery services__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.117 | **Nonpriority creditor's name and mailing address**<br>Vallen Distribution Inc<br>PO Box 404753<br>Atlanta, GA 30384-4753 | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,866.22 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.118 | **Nonpriority creditor's name and mailing address**<br>Velmex<br>7550 State Route 5 & 20<br>Bloomfield, NY 14469 | **As of the petition filing date, the claim is:** *Check all that apply.* | $244.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.119 | **Nonpriority creditor's name and mailing address**<br>Worthco<br>PO Box 88<br>Stevens Point, WI 54481 | **As of the petition filing date, the claim is:** *Check all that apply.* | $79.70 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.120 | **Nonpriority creditor's name and mailing address**<br>Yardstore<br>725 E Central<br>Wichita, KS 67201 | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,860.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address**<br>Zoro Tools<br>PO Box 5233<br>Janesville, WI 53547-5233 | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.01 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Caine & Weiner<br>5805 Sepulveda Blvd<br>4th floor<br>Van Nuys, CA 91411 | Line __3.70__<br><br>☐ Not listed. Explain ____ | __ |

---

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | David Fogel, Esq<br>1225 Franklin Ave<br>Suite 201<br>Garden City, NY 11530 | Line 3.30<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Elmore & Associates Inc<br>3340 Peachtree Rd NE<br>Suite 1800<br>Atlanta, GA 30326 | Line 3.36<br>☐ Not listed. Explain ____ | _ |
| 4.4 | ESP Receivables Management Inc<br>PO Box 1547<br>Mandeville, LA 70470 | Line 3.24<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Fluid Flow Products<br>3915 Shorten Rd Ste 101<br>Charlotte, NC 28217-3047 | Line 3.24<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Ngyuen/Ballato<br>2201 Libbie Ave<br>Richmond, VA 23230 | Line 3.65<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Supersonic Funding<br>1608 S Ashland Av<br>#35697<br>Chicago, IL 60608 | Line 3.65<br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 98,852.12 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,031,780.87 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,130,632.99 |

| Fill in this information to identify the case: |
|---|

Debtor name ___Quality Aircraft Tooling Inc___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Supplemental license agreement |
|         State the term remaining | |
|         List the contract number of any government contract | Boeing Intellectual Property Licensing<br>12090 Collections Center Dr<br>Chicago, IL 60693 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | server and component parts |
|         State the term remaining | 15 months |
|         List the contract number of any government contract | Macquarie Equipment Capital Inc<br>1301 Riverplace Blvd<br>Jacksonville, FL 32207 |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | commercial lease (1048 King Industrial Drive, Marietta, GA) |
|         State the term remaining | |
|         List the contract number of any government contract | McNeel Family Limited Partnership<br>c/o Rozen Rozen & Reilly, LLP<br>248 Roswell St, SE<br>Marietta, GA 30060 |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | server and component parts |
|         State the term remaining | 49 months |
|         List the contract number of any government contract | Meridian Equipment Finance<br>9 Lincoln Hwy<br>Malvern, PA 19355 |

11/30/23 4:15 PM

Debtor 1    Quality Aircraft Tooling Inc _____    Case number (*if known*) _____

First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | server and component parts | |
|---|---|---|---|
| | State the term remaining | 18 months | TCF |
| | List the contract number of any government contract | | 11100 Wayzata Blvd |
| | | | Suite 801 |
| | | | Hopkins, MN 55305 |

**Fill in this information to identify the case:**

Debtor name _____Quality Aircraft Tooling Inc_____

United States Bankruptcy Court for the: ____NORTHERN DISTRICT OF GEORGIA_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 | AIM27 Inc | 2620 Hill Gate Ct<br>Snellville, GA | Atlantic Capital Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | AIM27 Inc | 2620 Hill Gate Ct<br>Snellville, GA | Atlantic Capital Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | AIM27 Inc | 2620 Hill Gate Ct<br>Snellville, GA | Atlantic Capital Bank | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Ivan Kahn | 2620 Hill Gate Ct<br>Snellville, GA | Atlantic Capital Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Ivan Kahn | 2620 Hill Gate Ct<br>Snellville, GA | TCF | ☒ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Ivan Kahn | 2620 Hill Gate Ct<br>Snellville, GA | Atlantic Capital Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

Debtor    Quality Aircraft Tooling Inc                                    Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** | | | |
|---|---|---|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.12 | Ivan Kahn | 2620 Hill Gate Ct<br>Snellville, GA | Atlantic Capital Bank | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Rhonda Kahn | 2620 Hill Gate Ct<br>Snellville, GA 30039 | Capital Express LLC | ☐ D _____<br>☒ E/F ___3.30___<br>☐ G _____ |
| 2.14 | Rhonda Kahn | 2620 Hill Gate Ct<br>Snellville, GA 30039 | Green Note Capital<br>Partners | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Rhonda Kahn | 2620 Hill Gate Ct<br>Snellville, GA 30039 | Kapitus | ☐ D _____<br>☒ E/F ___3.65___<br>☐ G _____ |
| 2.16 | Rhonda Kahn | 2620 Hill Gate Ct<br>Snellville, GA 30039 | Capital Express Inc. | ☐ D _____<br>☒ E/F ___3.29___<br>☐ G _____ |
| 2.17 | Rhonda Kahn | 2620 Hill Gate Ct<br>Snellville, GA 30039 | Knightsbridge Funding<br>LLC | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Rhonda Kahn | 2620 Hill Gate Ct<br>Snellville, GA 30039 | HFH RG Funding | ☐ D _____<br>☒ E/F ___3.54___<br>☐ G _____ |
| 2.19 | Rhonda Kahn | 2620 Hill Gate Ct<br>Snellville, GA 30039 | Atlantic Capital Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | Rhonda Kahn | 2620 Hill Gate Ct<br>Snellville, GA 30039 | TCF | ☒ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | Rhonda Kahn | 2620 Hill Gate Ct<br>Snellville, GA 30039 | Meridian Equipment<br>Finance | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Quality Aircraft Tooling Inc | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | |
|---|---|---|---|
| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
| 2.22 | Rhonda Kahn      2620 Hill Gate Ct      Snellville, GA 30039 | Atlantic Capital Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | Rhonda Kahn      2620 Hill Gate Ct      Snellville, GA 30039 | Atlantic Capital Bank | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | Ivan Kahn      2620 Hill Gate Ct      Snellville, GA | TCF | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.5___ |
| 2.25 | Rhonda Kahn      2620 Hill Gate Ct      Snellville, GA 30039 | TCF | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.5___ |
| 2.26 | Rhonda Kahn      2620 Hill Gate Ct      Snellville, GA 30039 | Meridian Equipment Finance | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.4___ |

---

| Fill in this information to identify the case: |
| --- |
| Debtor name    Quality Aircraft Tooling Inc |
| United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 05/01/2023 to Filing Date | ☒ Operating a business<br>☐ Other | $26,746.00 |
| For prior year:<br>From 05/01/2022 to 04/30/2023 | ☒ Operating a business<br>☐ Other | $1,623,988.00 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other | $2,109,024.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- |
| | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

| Debtor | Quality Aircraft Tooling Inc | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Cigna Healthcare | Sept/Oct<br>2023 | $8,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  health insurance |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List all payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Rhonda Kahn<br>2620 Hill Gate Ct<br>Snellville, GA<br>President | | $26,610.00 | repayment of money loaned to<br>business |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|
| Green Note Capital Partners<br>1019 Ave P, Suite 401<br>Brooklyn, NY 11223 | funds held in account<br>Last 4 digits of account number:   3286 | 11.21.23 | $106,820.70 |
| Green Note Capital Partners<br>1019 Avenue P<br>Suite 401<br>Brooklyn, NY 11223 | funds held<br>Last 4 digits of account number:   5783 | 11.21.23 | $106,815.46 |
| Green Note Capital Partners<br>1019 Avenue P<br>Suite 401<br>Brooklyn, NY 11223 | funds held<br>Last 4 digits of account number:   9331 | 11.21.23 | $82,850.38 |
| Green Note Capital Partners<br>1019 Avenue P<br>Suite 401<br>Brooklyn, NY 11223 | funds held<br>Last 4 digits of account number:   9398 | 11.21.23 | $105,217.21 |

| Debtor | Quality Aircraft Tooling Inc | Case number *(if known)* | |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Green Note Capital Partners SPV LLC v Quality Aircraft Tooling, Inc dba Quality Aircraft Tooling and Rhonda G A Kahn<br>2023-614399 | Civil | Supreme Court of State of NY, County of Nassau | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2. | Capital Express v Quality Aircraft Tooling, Inc dba QAT and Rhonda Kahn<br>2023-512100 | civil | Supreme Court of NY County of Kings | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | McNeel Family Limited Partnership v Quality Aircraft Tooling, Inc and All Others<br>23-D-362 | Dispossessory | State Court of Cobb County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | SouthState Bank, NA successor by Merger with Atlantic Capital Bank, NA<br>23-C-08332-S3 | Civil | State Court of Gwinnett County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Kapitus Servicing, Inc v Quality Aircraft Tooling, Inc dba Quality Aircraft Tooling/Aero Info and Rhonda Kahn | Civil | Circuit Court of the City of Richmond, Virginia | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Flo Control Inc v Quality Aircraft Tooling Inc<br>23-J-07408 | Civil | Magistrate Court of Cobb County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **3**

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Falcone Law Firm, PC<br>363 Lawrence St NE<br>Marietta, GA 30060-2056 | Attorney Fee | | $7,500.00 |
| | Email or website address<br>imf@falconefirm.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Priceless Performance, LLC | Haas VF-2SS CNC Serial #1147042 | 5.9.22 | $40,000.00 |
| | Relationship to debtor<br>none | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

Debtor   Quality Aircraft Tooling Inc                                    Case number *(if known)* _____

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankrupcties**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

   ☒ No Go to Part 10.
   ☐ Yes. Fill in below:

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Chase<br>POB 182051<br>Columbus, OH 43218 | **XXXX**-2223 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 9.13.23 | $108.06 |
| 18.2. | Chase<br>POB 182051<br>Columbus, OH 43218 | **XXXX**-9973 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 9.13.23 | $8,552.04 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

Debtor    Quality Aircraft Tooling Inc _____    Case number *(if known)* _____

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Extra Space Storage<br>3942 US 78<br>Snellville, GA 30039 | Rhonda and Ivan Kahn | accounting records | ☐ No<br>☒ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Boeing Commercial Airplanes<br>PO Box 3707<br>Seattle, WA 98124-2207 | 1048 King Industrial Dr<br>Marietta, GA 30062 | proprietary property<br>manufacturer's drawings | Unknown |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor    Quality Aircraft Tooling Inc _____    Case number (if known) _____

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. Aero Info Inc<br>Marietta, GA | Merged with Quality Aircraft Tooling Inc 2017; surviving corp QAT | EIN: 94-2185690<br><br>From-To 1969-2018 |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. Birnbrey, Minsk, Minsk & Perling LLC<br>1801 Peachtree St, NE<br>Suite 300<br>Atlanta, GA 30309-1815 | 8.2017-present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rhonda Kahn | | Director | 0 |

Debtor   Quality Aircraft Tooling Inc _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ivan Kahn | | Director | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jaime Slocumb | | Director | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brandon Kahn | | Officer | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Rhonda Kahn<br>2620 Hill Gate Ct<br>Snellville, GA | $26000 | 12.20221.1.23-4.1.23 | executive salary |
| | **Relationship to debtor**<br>CEO | | | |
| 30.2. | Ivan Kahn | $16800 | 12.20221.1.23-4.15.23 | executive salaries |
| | **Relationship to debtor**<br>Executive Advisor | | | |
| 30.3. | Brandon Kahn | $62,348 | 12.22-4.23 | executive salary |
| | **Relationship to debtor**<br>VP Development & Purchasing | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    Quality Aircraft Tooling Inc                                          Case number *(if known)*  _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 30, 2023

/s/   Rhonda Kahn                                          Rhonda Kahn
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re    Quality Aircraft Tooling Inc _____    Case No. _____

                                        Debtor(s)                    Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation
     paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
     behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept ..................................................    $         7,500.00

        Prior to the filing of this statement I have received .......................................    $         7,500.00

        Balance Due ...............................................................................................    $             0.00

2.   The source of the compensation paid to me was:

        ☒ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

        ☒ Debtor        ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy
         of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation
         agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of
         liens on household goods.

         Pre-filing analysis and discussions regarding potential creditor claims, non-dischargeability actions and anticipated
         objections to discharge.  Negotiations with any creditor that files a proof of claim that is marked disputed in debtor's
         schedules.  Pre-litigation negotiations with any creditor that threatens an adversary proceeding or other motion or legal
         proceeding in the Debtor's case.

         If Client wishes to retain Attorney to represent Client in any Adversary Proceeding or Appellate Proceeding that arises in or
         is related to this case, Client and Attorney shall execute a separate contract setting forth the fee and scope of representation
         for that proceeding.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
         adversary proceeding.

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this
bankruptcy proceeding.

  November 30, 2023 _____          /s/ Ian Falcone
  *Date*                                             Ian Falcone 254470
                                                     *Signature of Attorney*
                                                     The Falcone Law Firm, PC
                                                     363 Lawrence St NE
                                                     Marietta, GA 30060-2056
                                                     (770) 426-9359   Fax:
                                                     imf@falconefirm.com
                                                     *Name of law firm*

---

11/30/23 4:15 PM

## United States Bankruptcy Court
### Northern District of Georgia

In re    Quality Aircraft Tooling Inc

Debtor(s)

Case No.

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    November 30, 2023

/s/  Rhonda Kahn
Rhonda Kahn/President
Signer/Title

Accurate Screw Machine
10 Audrey Place
Fairfield, NJ 07004


AGM Fabric
27721 Pacific Hwy
Federal Way, WA 98003


Air Products Co
78 Dawson Village Way N Suite 140-127
Dawsonville, GA 30534


Air Specialists
PO Box 4185
Marietta, GA 30061


Aircraft Hose Store
7800 Freedom Ave NW, North
North Canton, OH 44720


Aircraft Inventory Management & Services
14936 Trend Drive
Dallas, TX 75234


Aircraft Spruce
225 Airport Circle
Corona, CA 92880


All Vac Industries Inc
7350 N Central Park Ave
Skokie, IL 60076


Altus Receivables Management
2121 Airline Drive Suite 520
Metairie, LA 70002


Amazon
410 Terry Ave N
Seattle, WA 98109


American Express
PO Box 60189
City of Industry, CA 91716-0189


Ameripress Printing
200 Fairground St NE
Marietta, GA 30060


Amex
PO Box 60189
City of Industry, CA 91716-0189


Amex Platinum
PO Box 60189
City of Industry, CA 91716-0189

Anderson Process
21365 Gateway Court
Brookfield, WI 53045


Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1225


ARC Document Solutions LLC
PO Box 953466
Saint Louis, MO 63195-3466


Ashley Sling Inc
PO Box 44413
Atlanta, GA 30336


Atlanta Caster
1810 E Auger Dr
Tucker, GA 30084


Atlanta Technology Services
1152 Grassmeade Way
Snellville, GA 30078


Atlantic Capital Bank
3280 Peachtree Rd Suite 1600
Atlanta, GA 30305


Aviall
2750 Regent Blvd
Dallas, TX 75261


Avibank Manufacturing Inc
29312 Network Place
Chicago, IL 60673-1293


AWC Atl
PO Box 974800
75397-4800


B&B Aircraft Supplies
617 Pacific Ave
Osawatomie, KS 66064


Berkovitch & Bouskila PLLC
1545 US 202 Suite 101
Pomona, NY 10970


Bibb Controls Systems
2909 Lanier Heights Rd
Macon, GA 31217


Birnbrey, Minsk, Minsk & Perling LLC
1801 Peachtree St NE Suite 300
Atlanta, GA 30309-1815

```
Boeing Commercial Airplanes
PO Box 3707
Seattle, WA 98124-2207


Boeing Intellectual Property Licensing
12090 Collections Center Dr
Chicago, IL 60693


Bowstone
150 Christa Ct
Ball Ground, GA 30107


Brandon Kahn
2620 Hill Gate Ct
Snellville, GA 30039


Caine & Weiner
5805 Sepulveda Blvd 4th floor
Van Nuys, CA 91411


Capital Express Inc.
405 Lexington Ave  Suite 900
New York, NY 10174


Capital Express LLC
1161 Bedford Ave
Brooklyn, NY 11216


Capital on Tap
675 Ponce de Leon #8500
Atlanta, GA 30308


CB2 Resources LLC
455 Lincoln Pkwy E Suite 550
Atlanta, GA 30346


Cintas
FAS Lockbox 636525 PO Box 636525
Cincinnati, OH 45263-6525


Circle A Fences
1589 Canton Rd
Marietta, GA 30066


Circle Valve Technologies Inc
1533 Gemma
Harleysville, PA 19438


City of Marietta
PO Box 609
Marietta, GA 30061


Cobb County Property Tax
PO Box 10027
Marietta, GA 30061
```

```
Cobb Tool Inc
5886 Dodgen Rd SW
Mableton, GA 30126


Colliflower Hose & Fittings
1890 West Oak Pkwy
Marietta, GA 30062


Crestwood Financial Group
One Odell Plaza Suite 139
Yonkers, NY 10701


David Fogel, Esq
1225 Franklin Ave Suite 201
Garden City, NY 11530


DB Roberts Company
Box 405026 6000 Feldwood Rd
Atlanta, GA 30349


Digi-Key
701 Brooks Ave South
Thief River Falls, MN 56701


Don Leviton
One Pierce Place Suite 725W
Itasca, IL 60143


E3 Welding
4329 Highborne Dr NE
Marietta, GA 30066


eBay
2025 Hamilton Ave
San Jose, CA 95125


ECAS LLC
399 East Dr
Melbourne, FL 32904


EDM Technologies Inc
325 Bell Park Dr
Woodstock, GA 30188


Elmore & Associates Inc
3340 Peachtree Rd NE Suite 1800
Atlanta, GA 30326


EnviroServe Chemicals Inc
603 South Wilson Ave
Dunn, NC 28334


eSheaves.com
901 Industrial Blvd
Naples, FL 34104
```

```
ESP Receivables Management Inc
PO Box 1547
Mandeville, LA 70470


EURO Machine Building Co, Inc
PO Box 2624
Loganville, GA 30052


Fastenal
2255 McCollum Pkwy Suite 400
Kennesaw, GA 30144


FedEx International
PO Box 660481
Dallas, TX 75266-0481


FLO-Control
80 Center Dr
Cartersville, GA 30121


Fluid Flow Products
3915 Shorten Rd Ste 101
Charlotte, NC 28217-3047


Ford Tool and Carbide
PO Box 576
Birmingham, AL 35201


Fredrick-Shelton & Associates Inc
PO Box 1405
Suwanee, GA 30024


Gabrielle Byrnes
2752 Wyndcliff Way
Marietta, GA 30066


Georgia Department of Revenue
Compliance Div
ARCS-BK 1800 Century Blvd, Suite 9100
Atlanta, GA 30345


Green Note Capital Partners
1019 Avenue P Suite 401
Brooklyn, NY 11223


HFH RG Funding
1876 Lakewood Rd #7
Toms River, NJ 08755


Home Depot
449 Roberts Ct NW
Kennesaw, GA 30144


Hose Warehouse/Murdock Industrial Inc
553 Carroll St
Akron, OH 44304
```

```
Huntington National Bank
17 S High St
Columbus, OH 43215


Huntington National Bank c/o
Attn: Mark Schroeder
Taft Stettinius & Hollister LLP 2200 IDS
Minneapolis, MN 55402


Huntington National Bank c/o
Taft Stettinius & Hollister LLP
2200 IDS Center 80 South 8th St
Minneapolis, MN 55402


Hydradyne LLC
PO Box 974799
Dallas, TX 75397


Hydraflow
1881 W Malvern
Fullerton, CA 92833


Intech Funding Corp
201 E Huntington Drive Suite 201
Monrovia, CA 91016


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James Norton
4464 Patrick Dr NE
Kennesaw, GA 30144


Jergens, Inc
15700 South Waterloo Rd
Cleveland, OH 44110


Johnston Integration Tech
10703 W Seminole St
Tulsa, OK 74115


Joyce Dayton Corp
3300 South Dixie Dr
Dayton, OH 45439


JPMorgan Chase- Visa
270 Park Ave, Fl 12
New York, NY 10017


Julia Scallion
20717 Tuolumne Rd N
Tuolumne, CA 95379
```

```
Kaizen Solutions-Top Brass
PO Box 7067
Lees Summit, MO 64064


Kapitus
2500 Wilson Blvd Suite 350
Arlington, VA 22201


Karen Mahoney-Wilson
4904 Elrod
Castro Valley, CA 94546


Keith Mitchell
2322 Westland Way
Acworth, GA 30102


Kenneth Hutto
15 Corson Trail
Taylorsville, GA 30178


Knightsbridge Funding LLC
40 Wall St Suite 2903
New York, NY 10005


Macquarie Equipment Capital Inc
1301 Riverplace Blvd
Jacksonville, FL 32207


Marcus by Goldman Sachs
Goldman Sachs Bank USA PO box 70379
Philadelphia, PA 19176-0379


Marietta Power
PO Box 609
Marietta, GA 30061


May Technology and Mfg, Inc
2922 Wheeling Ave
Kansas City, MO 64129


McMaster-Carr
PO Box 7690
Chicago, IL 60680


McNeel Family Limited Partnership
c/o Rozen Rozen & Reilly, LLP
248 Roswell St, SE Suite 100
Marietta, GA 30060


Meridian Equipment Finance
9 Lincoln Hwy
Malvern, PA 19355
```

```
Meridian Equipment Finance
Attn: Nathaniel T Reed, Senior Collector
367 Eagleview Blvd
Exton, PA 19341


Metal Supermarkets
1000 Williams Dr Suite 1012
Marietta, GA 30066


Mink's Fabrication
150 Oak Blackberry Trail
Canton, GA 30114


Modus Advanced Inc
1575 Greenville Rd
Livermore, CA 94550


Mohawk Rubber
PO Box 735219
Chicago, IL 60673-5219


Morgan Aero Products
1450 80th St SW
Everett, WA 98203


Motion Industries
1605 Alton Rd
Birmingham, AL 35210


MSC Industrial Supply
PO Box 953635
Saint Louis, MO 63195-3635


Nameplates Inc
PO Box 4608
Tulsa, OK 74159


Nav-Aids
2955 Diab Street
Montreal, QC H4S 1M1 Canada


Newark/Element 14
33190 Collection Center Drive
Chicago, IL 60693-0331


NexAir
PO Box 125
Memphis, TN 38101


Ngyuen/Ballato
2201 Libbie Ave
Richmond, VA 23230


Olympic Case Company
9110 King Palm Drive Suite 101
Tampa, FL 33619
```

Omega Technologies
31125 Via Colinas  Suite 905
Thousand Oaks, CA 91362


Online Carbide
438 West Railroad Ave
Batesburg, SC 29006


OnlineMetals.com
PO Box 894118
Los Angeles, CA 90189-4118


Orkin
1007 Mansell Rd Suite E
Roswell, GA 30076


Oscar Health Inc
75 Varick St, 5th floor
New York, NY 10013


OSHCUT LLC
165 N 1330 W #C4
Orem, UT 84057


Plano Molding
431 E South St
Plano, IL 60545


PSI-Tronix
Force Switch Corp  PO Box 3503
San Dimas, CA 91773


Quench USA Inc
630 Allendale Rd Suite 200
King of Prussia, PA 19406


Rapid Finance
4500 East West Highway 6th floor
Bethesda, MD 20814


Reid Supply
1269 E Mount Garfield Rd Suite E
Muskegon, MI 49441


Rhonda & Ivan Kahn
2620 Hill Gate Ct
Snellville, GA 30039


RiggingWarehouses.com
1 Tomsons Rd #100
Saugerties, NY 12477


Road Runner Recycling
PO Box 6011
Hermitage, PA 16148

Safran Landing Systems
Inovel Parc Sud 7
Rue General Valerie Andree 78140 Velizy


Satair USA, Inc
PO Box 74008759
Chicago, IL 60674-8759


SCANA Energy
PO Box 105046
Atlanta, GA 30348-5046


Seal Dynamics
Attn; Accounting
2 Adams Ave
Hauppauge, NY 11788


Service Steel Aerospace
3359 Bruening Cir SW
Canton, OH 44706


SkyGeek
30 Airway Dr
Lagrangeville, NY 12540


Snap-On
1461 Field Park Circle
Marietta, GA 30060


Southern Tool Steel
PO Box 731036
Dallas, TX 75373-1036


SouthState Bank
1101 1st St S
Winter Haven, FL 33880


SouthState Bank NA c/o
Golder Law LLC
101 Village Pkwy- Building 1, Suite 400
Marietta, GA 30067


Speed Machine, LLC
3348 Hogansville Rd
Lagrange, GA 30241


Spencer Aircraft
16911 103rd Ave Ste 102
Puyallup, WA 98374


Staples Business Advantage
PO Box 405386
Atlanta, GA 30348-5386

Supersonic Funding
1608 S Ashland Av #35697
Chicago, IL 60608


Swagelok
PO Box 746832
Atlanta, GA 30374-6832


Tax Credit Co, LLC
PO Box 841971
Los Angeles, CA 90084-1971


TCF
11100 Wayzata Blvd Suite 801
Hopkins, MN 55305


Thomson Industries
48767 Kato Rd
Fremont, CA 94538


Threads for the South
1076 King Industrial Dr
Marietta, GA 30062


ToolSource.com
PO Box 149
Salamanca, NY 14779


Truist Card Services
PO Box 200
Wilson, NC 27894-0200


Uline
Attn Accounts Receivables
PO Box 88741
Chicago, IL 60680-1741


United Metalcraft
1215 Hayes Industrial Dr
Marietta, GA 30062


UPS
PO Box 7247-0244
Philadelphia, PA 19170


US Small Business Administration
2 North St Suite 320
Birmingham, AL 35203


Vallen Distribution Inc
PO Box 404753
Atlanta, GA 30384-4753


Velmex
7550 State Route 5 & 20
Bloomfield, NY 14469

```
Worthco
PO Box 88
Stevens Point, WI 54481


Yardstore
725 E Central
Wichita, KS 67201


Zoro Tools
PO Box 5233
Janesville, WI 53547-5233
```

11/30/23 4:15 PM

# United States Bankruptcy Court
## Northern District of Georgia

In re    Quality Aircraft Tooling Inc

Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Quality Aircraft Tooling Inc    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

November 30, 2023

Date

/s/ Ian Falcone

Ian Falcone 254470

Signature of Attorney or Litigant

Counsel for    Quality Aircraft Tooling Inc

The Falcone Law Firm, PC

363 Lawrence St NE
Marietta, GA 30060-2056
(770) 426-9359  Fax:
imf@falconefirm.com