IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              :
                                                    :    CHAPTER 7
QUALITY AIRCRAFT TOOLING, INC                       :
                                                    :    CASE NO. 23-61841
                        Debtor.                     :

## AMENDMENT TO SCHEDULES

COMES NOW the Debtor in the above-styled Chapter 7 Case and hereby amends their Schedules as follows:

(1) Debtor hereby amends Schedule D, E/F to add Authorize.net, Aeroxchange Loan & Leasing Services and Georgia DOL as attached.

(2) Debtor hereby amends Creditor Matrix to add creditors as attached.

(3) Debtor hereby amends Summary of Schedules as attached.

**WHEREFORE,** Debtor prays:

(a) The above amendments to the schedules be approved, as amended;
(b) Such other and further relief as is just and proper.

**Dated: February 6, 2024**

Respectfully submitted,

By:    /s/Ian M. Falcone
       Ian M. Falcone
       GA Bar No. 254470
       Attorney for Debtor

The Falcone Law Firm, PC
363 Lawrence St.
Marietta, GA 30060
(770 426-9359
imf@falconefirm.com

This to certify that I have this day served a copy of the foregoing **"Amended Schedules D, E/F, Creditor Matrix and Summary of Assets and Liabilities"** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice and an accompanying link to this document to the parties who are registered to receive service via the CM/ECF system and by First Class U.S. mail as follows:

| Michael J Bargar<br>mbargar@rlkglaw.com<br><br>VIA email:<br>Rhonda Kahn<br>rhonda@qat.aero | <u>Via First Class Mail:</u><br>Authorize.net<br>PO Box 947<br>American Fork, UT 84003-0947<br><br>Georgia Department of Labor<br>148 Andrew Young International Blvd, NE<br>Suite 752<br>Atlanta, GA 30303-1751<br><br>Aeroxchange<br>PO Box 975547<br>Dallas, TX 75397-5547<br><br>Loan & Leasing Services<br>370 Pascack Rd<br>Township of Washington, NJ 07676 |
|---|---|

This 6th day of February 2024.

/s/ Ian M. Falcone
Ian M. Falcone
Attorney for the Debtor
Georgia Bar No. 254470

THE FALCONE LAW FIRM, P.C.
363 Lawrence Street
Marietta, Georgia 30060
(770) 426-9359
imf@falconefirm.com

Fill in this information to identify the case:

Debtor name __Quality Aircraft Tooling Inc__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __1:23-bk-61841__

☒ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒ Amended *Schedule*     D, E/F, Creditor matrix and Summary
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.    *Rhonda Kahn*

Executed on     __February 6, 2024__     X /s/   Rhonda Kahn
Signature of individual signing on behalf of debtor

Rhonda Kahn
Printed name

President
Position or relationship to debtor

02/05/24 9:27 AM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Quality Aircraft Tooling Inc |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | 1:23-bk-61841 |

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ 442,801.60

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ 442,801.60

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..... $ 1,771,929.50

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ 100,632.68

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................. +$ 2,032,913.37

4. **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b                                                                                                $ 3,905,475.55

**Fill in this information to identify the case:**

Debtor name: Quality Aircraft Tooling Inc

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): 1:23-bk-61841

☒ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Loan & Leasing Services**<br>Creditor's Name<br>370 Pascack Rd<br>Township of Washington, NJ 07676<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>New Trak DPM5 CNC BEDMILL<br><br>Describe the lien<br>Lease<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $62,153.00 | $0.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $62,153.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name: Quality Aircraft Tooling Inc

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): 1:23-bk-61841

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Georgia Dept of Labor<br>148 Andrew Young International Blvd, NE<br>Suite 725<br>Atlanta, GA 30303-1751 | $1,780.56 | $1,780.56 |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred: 2023 | | |
| | Basis for the claim: Tax debt | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>Aeroxchange<br>PO Box 975547<br>Dallas, TX 75397-5547 | $1,102.50 |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | |
| | Basis for the claim: software service fee | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>Authorize.net<br>PO Box 947<br>American Fork, UT 84003-0947 | $30.00 |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | |
| | Basis for the claim: business debt | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | Quality Aircraft Tooling Inc | Case number (if known) | 1:23-bk-61841 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 1,780.56 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,132.50 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,913.06 |

# United States Bankruptcy Court
## Northern District of Georgia

In re: Quality Aircraft Tooling Inc
Debtor(s)

Case No. 1:23-bk-61841
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: February 5, 2024

/s/ Rhonda Kahn
Rhonda Kahn/President
Signer/Title

```
Aeroxchange
PO Box 975547
Dallas, TX 75397-5547


Authorize.net
PO Box 947
American Fork, UT 84003-0947


Georgia Dept of Labor
148 Andrew Young International Blvd, NE
Suite 725
Atlanta, GA 30303-1751


Loan & Leasing Services
370 Pascack Rd
Township of Washington, NJ 07676
```