**IT IS ORDERED as set forth below:**

**Date: March 4, 2024**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NO. 23-61841-jwc |
| | : | |
| QUALITY AIRCRAFT TOOLING, INC. | : | |
| | : | CHAPTER 7 |
| Debtor. | : | |

## ORDER LIFTING AND MODIFYING AUTOMATIC STAY TO DISPOSE OF COLLATERAL AND APPLY PROCEEDS

Highland Capital Corporation ("Highland"), filed a Motion for Relief from Automatic Stay [Dkt.# 16], seeking leave to recover possession of one (1) Southwestern Industries TRAK DPM RX5 CNC Bed Mill with Advanced Features, Chip Tray & Splash Guard, TRAKing Electronic Handwheels, Fog Buster Spray Coolant System and All Standard Equipment, serial number 221EC443 (the "Collateral").

The Motion was called for hearing on February 29, 2024 at 10:00 am. Counsel

1

for Highland appeared; there was no appearance in opposition by the Debtor or Chapter 7 Trustee, or any other party. It is hereby ORDERED

1.

Effective on the date the Court enters this Order, the Automatic Stay is hereby lifted as to the identified Collateral.

2.

Movant is hereby allowed to proceed with disposition of the Collateral in accordance with Georgia law, and to present any claim for deficiency as an unsecured claim in this bankruptcy case.

3.

In the event that surplus proceeds are realized from the repossession and sale of the Collateral, such surplus shall be reported to this Court and tendered for inclusion in Debtor's estate.

**END OF DOCUMENT**

**This Order prepared by:**

*/s/ James W. Hays*
James W. Hays
Georgia Bar No. 340910
Hays & Potter, LLP
3945 Holcomb Bridge Road, Suite 300
Peachtree Corners, Georgia 30092
(770) 934-8858
beau@hpmlawatl.com
*Counsel for Highland Capital Corporation*

**Distribution List**

Office of United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303


Ian M. Falcone, Esq.
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA  30060
*Counsel for the Debtor*


Michael J. Bargar, Esq.
Rountree Leitman Klein & Geer LLC
Century Plaza 1
2987 Clairmont Road, Suite 350
Atlanta, GA  30329
*Chapter 7 Trustee*


Quality Aircraft Tooling, Inc.
1048 King Industrial Drive
Marietta, GA  30062
*Debtor*